UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08CR 398

In the Matter of  U.S.A.    Case
v.
Beny Garneata et al

FILED
MAY 22 2008
May 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mario OLIVELLA

| | |
|---|---|
| SIGNATURE | *[signed]* |
| FIRM | Law Office of Daniel Q HERBERT |
| STREET ADDRESS | 1412 W. Washington Blvd. |
| CITY/STATE/ZIP | Chicago/IL/60607 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6773940 |
| TELEPHONE NUMBER | 312-733-7776 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ |