# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 7 | **DATE** | 6/20/2008 |
| **CASE TITLE** | USA vs. Mario Olivella | | |

**DOCKET ENTRY TEXT**

Pursuant to the consent to modify conditions of release, defendant's conditions of release are modified to add the mental health treatment condition and the drug testing/drug treatment condition.

Docketing to mail notices.

FILED
2008 JUN 20 PM 3:54
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|