PS 42
(Rev. 2/05)

# United States District Court
## Northern District Of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Olivella, Mario | ) | Case No. 08 CR 0398 - 7 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Olivella, Mario_____, have discussed with _____James Wheatley_____, Pretrial Services Officer, modifications of my release conditions as follows:

- Add the mental health treatment condition
- Add the drug testing/drug treatment condition

Assistant U.S. Attorney <u>Juliet Sorenson</u> was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____   6/16/08       _____[signature]_____   6/13/08
Signature of Defendant    Date         Pretrial Services Officer   Date

Reviewed by:
Jennifer Bowers, Supervising U.S. Pretrial Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                  6·18·08
Signature of Defense Counsel           Date

[X] The above modification of conditions of release is ordered, to be effective on  6/20/08 .
[ ] The above modification of conditions of release is *not* ordered.

_____[signature]_____                  JUN 20 2008
Signature of Judicial Officer          Date