UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 398 |
| | ) | |
| BENY GARNEATA, et al. | ) | Hon. Martin C. Ashman |
| | ) | |

**MARIO OLIVELLA'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL TO MILWAUKEE, WISCONSIN AND MONTICELLO, INDIANA**

Now comes defendant Mario Olivella and respectfully requests this Court's permission to travel outside the State of Illinois to visit family. Defendant Olivella also requests that the Court lift his restriction on travel outside the Northern District of Illinois. In support of his motion, Mr. Olivella states as follows:

1. Mario Olivella was released on his own recognizance on May 22, 2008.

2. Mario Olivella desires to travel to Milwaukee, Wisconsin and Monticello, Indiana wherein he has family.

3. Mario Olivella has agreed to provide Pretrial Services with specific dates, locations, and contact information during each of his trips.

4. The Government and Pretrial Services have indicated that they do not object to this request.

WHERFORE, Mario Olivella requests permission of the Court to travel to the above locations after providing Pretrial Services with the itinerary. Defendant Olivella

also requests that his bond be modified to allow travel within the continental United States upon notice to Pretrial Services and the Government.

_____
Daniel Q. Herbert
Law Offices of Daniel Q. Herbert
1412 West Washington Boulevard
Chicago, IL 60607
(312) 733-7776