UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 398 |
| | ) | |
| BENY GARNEATA, et al. | ) | Hon. Martin C. Ashman |
| | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 1, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Martin C. Ashman, or any judge sitting in his stead, in Room 1386 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, 60604, and then and there present the attached UNOPPOSED MOTION FOR PERMISSION TO TRAVEL TO MILWAUKEE, copies of which are being filed with the Clerk of Court today and of which are hereby served on you.

Respectfully submitted,

Daniel Q. Herbert

Daniel Q. Herbert
Law Offices of Daniel Q. Herbert
1412 West Washington Boulevard
Chicago, IL 60607
(312) 733-7776