# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 7 | **DATE** | 6/26/2008 |
| **CASE TITLE** | USA vs. Mario Olivella | | |

**DOCKET ENTRY TEXT**

Defendant Mario Olivella's unopposed motion for permission to travel to Milwaukee, Wisconsin and Monticello, Indiana [79] is granted. The defendant is given permission of the court to travel to the above locations after providing Pretrial Services with the itinerary. The defendant's bond is modified to allow travel within the continental United States upon notice to Pretrial Services and the government.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|