Minute Order Form (rev. 4/99)

MAGISTRATE JUDGE ASHMAN

06 GJ 640

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE KENNELLY | Sitting Judge if Other Than Assigned Judge | Magistrate Judge Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 398 | DATE | AUGUST 14, 2008 |
| CASE TITLE | US v. BENY GARNEATA, DUMITRU CURESCU, LAVINIA CURESCU, TEOFIL SCORTE, WILLIAM WELLHAUSEN, VASILE FOFIU and MARIO OLIVELLA. | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Michael T. Mason_

Docket Entry:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO ALL DEFENDANTS.

DY

# FILED

AUG 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                   UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| ☐ No notices required, advised in open court. | | | Date docketed | |
| ☐ No notices required. | | | Docketing dpty. initials | |
| ☐ Notices mailed by judge's staff. | | | | |
| ☐ Notified counsel by telephone. | | | Date mailed notice | |
| ☐ Docketing to mail notices | | | | |
| ☐ Mail AO 450 form. | | | Mailing dpty. initials | |
| ☐ Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |